IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITE HERE HEALTH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 14 C 3249 |
| | ) | |
| PM HOSPITALITY STRATEGIES, INC, d/b/a | ) | JUDGE REBECCA R. PALLMEYER |
| HILTON MEADOWLANDS, | ) | |
| | ) | |
| Defendant. | ) | |

## **AMENDED MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, PM HOSPITALITY STRATEGIES, INC, d/b/a HILTON MEADOWLANDS, in the total amount of $247,865.53, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $3,952.50.

On September 11, 2014, Plaintiffs' counsel filed a Motion for Entry of Default and Judgment and moved for entry of judgment by default against Defendant, PM HOSPITALITY STRATEGIES, INC, d/b/a HILTON MEADOWLANDS, in the total amount of $116,562.50, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $3,952.50. Since that date, Defendant owes Plaintiff Fund an additional $131,303.03 in contributions due for the month of August 2014. Accordingly, Plaintiffs now move for entry of judgment by default in the total amount of $251,818.03.

On August 6, 2014, the Summons and Complaint was served on the corporation's CFO, James O'Hara (by tendering a copy of said documents to Ava, Receptionist) at his place of business

(a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on August 27, 2014. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Laura M. Finnegan

Laura M.Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Hilton Meadowlands\amended motion.lmf.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Amended Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this <u>18th</u> day of <u>September 2014</u>:

                        Mr. James O'Hara, CFO
                        PM Hospitality Strategies, Inc.
                        2020 K Street, NW, Suite 600
                        Washington, DC   20006-1814

                        Mr. Steve Schroeder
                        PM Hospitality Strategies, Inc.
                        2020 K Street, NW, Suite 600
                        Washington, DC   20006-1814


                        /s/ Laura M. Finnegan

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6210637
Telephone: (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Hilton Meadowlands\amended motion.lmf.df.wpd