IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITE HERE HEALTH, *et al.*, | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| vs. | ) | NO. 14 C 3249 |
| PM HOSPITALITY STRATEGIES, INC, d/b/a HILTON MEADOWLANDS, | ) | JUDGE REBECCA R. PALLMEYER |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on September 25, 2014, request this Court enter judgment against Defendant, PM HOSPITALITY STRATEGIES, INC, d/b/a HILTON MEADOWLANDS. In support of that Motion, Plaintiffs state:

1. On September 25, 2014, this Court granted Plaintiffs' amended motion for default against Defendant and entered and continued Plaintiffs' amended motion for judgment.

2. Plaintiff Fund has calculated the delinquent contributions due Defendant to the Plaintiff Fund to be $131,102.74. (See Affidavit of Dean Dailey).

3. Additionally, the amount of $965.82 is due for accrued interest and liquidated damages, calculated through October 21, 2014. (Dailey Aff. Par. 5(d)).

4. In addition, Plaintiffs' firm has expended the amount of $560.00 for costs and $4,185.00 for reasonable attorneys' fees in this matter. (See Affidavit of Laura M. Finnegan).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $136,813.56.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $136,813.56.

/s/ Laura M. Finnegan

Laura M.Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6210637
Telephone: (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Hilton Meadowlands\motion for entry of judgment.lmf.df.wpd

<u>**CERTIFICATE OF SERVICE**</u>

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this <u>23rd</u> day of <u>October 2014</u>:

                        Mr. James O'Hara, CFO
                        PM Hospitality Strategies, Inc.
                        2020 K Street, NW, Suite 600
                        Washington, DC   20006-1814

                        Mr. Steve Schroeder
                        PM Hospitality Strategies, Inc.
                        2020 K Street, NW, Suite 600
                        Washington, DC   20006-1814

                        <u>/s/ Laura M. Finnegan                    </u>

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Hilton Meadowlands\motion for entry of judgment.lmf.df.wpd